IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERTINA VENTURA,

Plaintiff,

v.

CLAY COUNTY HEALTH DEPARTMENT,

Defendant.

Case No. 25-2230 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 7/16/2026

MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved:

**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**